# UNITED STATES DISTRICT COURT

## District of Minnesota

Kou Vue

Plaintiff,

v.

Todd Blanche, Markwayne Mullin, David Venturella, David Easterwood, John Doe

Defendant

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-3209 KMM/JFD

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
The Court denies the [1] Petition as moot and dismisses the action.

Date: 7/23/2026

KATE M. FOGARTY, CLERK